IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GWENDOLYN JOAN HUNT and LEMUEL HUNT, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CV 124-091 |
| GEORGE ROBERT ANDREWS, JR.; RALEIGH SPECIALTY RENTALS, LLC; JOHN DOES; and RICHARD ROE CORPORATIONS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **REMANDS** this case to the Superior Court of Richmond County, State of Georgia, Civil Action File Number 2024RCCV00357, for lack of subject-matter jurisdiction, and **CLOSES** this civil action.

SO ORDERED this 31st day of July, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA