AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

GWENDOLYN JOAN HUNT and LEMUEL HUNT,

Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

CASE NUMBER: CV124-91

GEORGE ROBERT ANDREWS, JR., et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated July 31, 2024, adopting the Magistrate Judge's Report and Recommendation as the Court's opinion.  This case is remanded to the Superior Court of Richmond County, State of Georgia for lack of subject-matter jurisdiction.  This case stands closed.



| 7/31/24 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |

GAS Rev 10/2020